# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>   Plaintiff,<br><br>   v.<br><br>BSV, INC. d/b/a APPLEGATE CHEVRON # 90715,<br><br>   Defendant.<br>_____/ | Case No. 1:16-cv-00686-DAD-SKO<br><br>**ORDER REGARDING FILING OF NOTICE OF WAIVER** |

The Court is scheduled to hold a settlement conference in this matter on May 16, 2017. The Court DIRECTS the parties to file the attached notice of waiver regarding the disqualification of the undersigned to conduct the settlement conference in this matter, if they so choose, by no later than January 13, 2017. *See* Local Rule 270(b). If the parties do not file this notice by January 13, 2017, the settlement conference may be re-scheduled before another judicial officer.

IT IS SO ORDERED.

Dated:  **December 16, 2016**              /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE