Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdceast@hubslaw.com

Attorneys for Plaintiff Michael Rocca


Bruce A. Neilson, SBN 96952
**Bruce A. Neilson, Attorney**
7108 N. Fresno St. #410
Fresno, CA 93720
Telephone: (559) 432-9831
Facsimile: (559) 432-1837
Email: bneilsonlaw@gmail.com

Attorneys for Defendant BSV, Inc. dba Applegate Chevron #90715

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Rocca,<br><br>　　　　Plaintiff,<br><br>v.<br><br>B S V Inc., dba Applegate Chevron #90715,<br><br>　　　　Defendant. | Case No. 1:16-cv-00686-DAD-SKO<br><br>**JOINT REQUEST, STIPULATION, AND ORDER TO CONTINUE DISMISSAL DATE**<br><br>Honorable Judge Michael J. Seng |

*Rocca v. B S V, Inc.*                                             Case No. 1:16-cv-00686-DAD-SKO
Joint Request, Stipulation, and Order to Continue Dismissal Date
Page 1 of 4

Pursuant to the Court's Minute Order dated June 20, 2017 (*see* Docket No. 26), the following Request and Stipulation is entered into by plaintiff Michael Rocca ("Rocca") and defendant B S V, Inc. dba Applegate Chevron #90715 ("Chevron") (collectively hereafter "the Parties"):

**WHEREAS**, Rocca filed his complaint against Chevron on or about May 13, 2016 (*see* Docket No. 1).

**WHEREAS**, the Parties have resolved all outstanding claims and fully executed a final agreement on June 20, 2017 (*see* Docket No. 25).

**WHEREAS**, the terms of the settlement agreement provide that the full settlement payment shall be tendered on or before July 21, 2017.

**WHEREAS**, the terms of the settlement agreement require receipt of full settlement payment prior to circulation of a Joint Motion for Dismissal.

**WHEREAS**, the Court has ordered that the Parties file either (1) a stipulation for dismissal or (2) request for extension no later than June 30, 2017 (*see* Docket No. 26).

**WHEREAS**, the Parties have not previously requested any other extensions of time.

**WHEREAS**, the Parties believe that continuing the final date for dismissal would allow the Parties to Jointly Dismiss the matter with prejudice no later than May 19, 2017.

*Rocca v. B S V, Inc.*     Case No. 1:16-cv-00686-DAD-SKO
Joint Request, Stipulation, and Order to Continue Dismissal Date
Page 2 of 4

**THEREFORE, IT IS HEREBY REQUESTED, STIPULATED AND AGREED** by and among the Parties that the Dismissal Date be continued from June 30, 2017 to July 28, 2017.

Dated: June 22, 2017          DISABLED ADVOCACY GROUP, APLC

*/s/ Khushpreet R. Mehton*     /
Khushpreet R. Mehton
Attorneys for Plaintiff Martin Rocca

Dated: June 22, 2017          Bruce A. Neilson, Esq.

*/s/ Bruce A. Neilson*         /
Bruce A. Neilson
Attorney for Defendant B S V, Inc. dba
Applegate Chevron #90715

*Rocca v. B S V, Inc.*          Case No. 1:16-cv-00686-DAD-SKO
Joint Request, Stipulation, and Order to Continue Dismissal Date
Page 3 of 4

# ORDER

For good cause shown, IT IS HEREBY ORDERED that the last day for the parties to file a joint dismissal with prejudice in Case No. 1:16-cv-00686-DAD-SKO is hereby extended to July 28, 2017.

IT IS SO ORDERED.

Dated: June 26, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

*Rocca v. B S V, Inc.*      Case No. 1:16-cv-00686-DAD-SKO
Joint Request, Stipulation, and Order to Continue Dismissal Date
Page 4 of 4