# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA, | Case No. 1:16-cv-00686-DAD-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO CLOSE CASE** |
| v. | **(Doc. 29)** |
| MSV, INC., | |
| Defendant. | |

On July 28, 2017, the parties filed a Joint Stipulation for Dismissal, in which they notify the Court that Plaintiff has voluntarily dismissed his Complaint with prejudice. (Doc. 29.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) As such, Plaintiff has voluntarily dismissed this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **August 3, 2017**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE